**STATE of Missouri, Respondent,**

v.

**William MINOR, Appellant.**

**No. 74733.**

Missouri Court of Appeals,
Eastern District,
Division Five.

May 25, 1999.

David Simpson, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lawrence G. Rebman, Asst. Atty. Gen., Jefferson City, for respondent.

Before Robert G. DOWD, Jr., C.J., KAROHL, J., and CHARLES B. BLACKMAR, Senior Judge.

*ORDER*

PER CURIAM.

Defendant appeals sentences on two counts of distribution of a controlled substance. Section 195.211 RSMo 1994. We have reviewed the record on appeal and briefs filed by the parties. The two points on appeal are without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law would have no jurisprudential value. Judgment affirmed in accordance with Rule 30.25(b).